UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO.: 15-13100-AA

FLO & EDDIE, INC., a California
corporation, individually and on behalf
of all others similarly situated,

      Plaintiff,

v.

SIRIUS XM RADIO, INC., a Delaware
corporation; and DOES 1 through 10,

      Defendants.

_____/

## APPELLANT, FLO & EDDIE, INC.'S, MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

Plaintiff, FLO & EDDIE, INC., by and through its undersigned counsel, files this its Motion for Extension of Time to File Initial Brief, and in support thereof states as follows:

1. Flo & Eddie's Initial Brief is due on or before August 24, 2015.

2. This case presents several issues of first impression as to the rights of common law copyright holders of pre-1972 recordings under Florida law, including whether such copyright owners have the exclusive right to public performance of those recordings, and whether the exclusive ownership of the performance embodied in those recordings encompasses all rights including the right of reproduction, distribution and pubic performance.

3.     In preparing its Initial Brief, counsel for Flo & Eddie attempted to obtain certain filings in the matter of *CBS, Inc. v. Garrod*, 622 F. Supp. 532 (M.D. Fla. 1985), district court case no. 83-988 Civ-T-10, which addressed common law copyright.  Upon inquiry to the clerk's office in the Tampa Division of the United Stated District Court for the Middle District of Florida, undersigned counsel was advised that the file is not in the clerk's office and a written request to research the file would need to be submitted.  If the file is located, copies will then be made from the archives.

4.     Undersigned counsel submitted its written request to the Clerk of Court of the Middle District on August 7, 2015, but has yet to receive a response to the request.

5.     Due to the novel issues raised in this appeal, and the need to obtain copies of filings in the *Garrod* matter, Plaintiff requires additional time to file its Initial Brief.

6.     Therefore, Plaintiff requests that the deadline for it to file its Initial Brief be extended through and until Thursday, September 3, 2015.

WHEREFORE, Plaintiff, FLO & EDDIE, INC., respectfully requests this Honorable Court grant its Motion and enter an Order extending the time for it to file its Initial Brief through and until September 3, 2015, and for all such other relief as this Court deems just and proper.

2

## <u>CERTIFICATE OF INTERESTED PERSONS</u>

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Judge Darrin P. Gayles – District Court Judge

William C. Turnoff – U. S, Magistrate Judge

Mark Volman

Howard Kaylan

Flo & Eddie, Inc.

Sirius XM Radio, Inc.

Heller Waldman, P.L.

Glen Waldman, Esq.

Eleanor Barnett, Esq.

Jason Gordon, Esq.

Gradstein & Marzano, P.C.

Henry Gradstein, Esq.

Maryann R. Marzano, Esq.

Harvey Geller, Esq.

{00174901.DOCX }

Evan S. Cohen, Esq.

Hogan Lovells, US LLP

Martin L. Steinberg, Esq.

Daniel M. Petrocelli, Esq.

Robert M. Schwartz, Esq.

Victor H. Jih, Esq.

Evan T. Mayor, Esq.

Todd D. Larson, Esq.

Casanda Seto, Esq.

HELLER WALDMAN, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00174901.DOCX }

Signed on this 17th day of August, 2015.

Respectfully submitted,

HELLER WALDMAN, P.L.
Attorneys for FLO & EDDIE, INC.
3250 Mary Street, Suite 102
Coconut Grove, Florida 33133
Telephone: (305) 448-4144
Telecopier: (305) 448-4155

By: /s/Glen H. Waldman
    Glen H. Waldman, Esq.
    Fla. Bar No. 618624
    Eleanor T. Barnett, Esq.
    Fla. Bar No. 0355630
    Jason Gordon, Esq.
    Fla. Bar No. 0012973

Henry Gradstein
Harvey Geller
GRADSTEIN & MARZANO, P.C.
6310 San Vicente Blvd., Suite 510
Los Angeles, California 90048
Telephone: (323) 776-3100
Fax: (323) 931-4990

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of August, 2015, I electronically

filed the foregoing with the Clerk of the Court by using the CM/ECF System.

/s/ Glen H. Waldman
Glen Waldman

5

{00174901.DOCX }

## FLO & EDDIE, INC. v. SIRIUS XM RADIO, INC., ET AL
## CASE NO. 15-13100-AA

## SERVICE LIST


Daniel M. Petrocelli
Robert M. Schwartz
Victor Jih
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Phone:  (213) 430-6000
Fax:  (213) 430-6407
Email:       dpetrocelli@omm.com
             rschwartz@omm.com
             vjih@omm.com


Martin L. Steinberg
Hogan Lovells, US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131
Phone:  (305) 459-6629
Fax:       (305) 459-6550
Email:       marty.steinberg@hoganlovells.com

HELLER WALDMAN, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133
{00174901.DOCX }